IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE ) INSURANCE COMPANY (as subrogee of ) Cynthia Thomas) )<br><br>Plaintiff )<br><br>vs. )<br><br>UNITED STATES OF AMERICA (U.S. ) POST OFFICE) ) & RYAN T. ROWE )<br><br>Defendants. ) | C.A. No. 07-543 ~~XXX~~ |

### PLAINTIFF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S
### RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff State Farm Mutual

Automobile Insurance Company discloses that it has no parent corporation and no

publicly held corporation that owns 10% or more of its stock.

SHIELDS & HOPPE LLP

By: _Amanda L. H. Brinton_
Amanda L. H. Brinton (#4523)
5700 Kirkwood Highway
Suite 105A
Wilmington, DE 19808
(302) 994 4049
abrinton@shieldsandhoppe.com

*Attorney for Plaintiff State Farm Mutual
Automobile Insurance Company*

Dated: 10/15/07