# United States District Court

### District of Delaware

State Farm Mutual Automobile Insurance Company (as subrogee of Cynthia Thomas)

        Plaintiff,

v.

United States of America (U.S. Post Office) & Ryan T. Rowe

        Defendants.

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** 07-543

**TO:** (Name and Address of Defendant)

United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

BY DEPUTY CLERK

DATE 9/25/07

2007 OCT 29 PM 4:59
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

AO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/22/07 |

| NAME OF SERVER (PRINT) SHANE HANDLIN | TITLE Process Server |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: NEMOURS BLDG Suite 700 WILMINGTON, DE 19899 AT 10:37AM ON SHARON BRYAN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/22/07
              Date

Signature of Server  Shane Handlin

Address of Server  230 N MARKET ST
                   WILM DE 19801

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.