# United States District Court

### District of Delaware

State Farm Mutual Automobile Insurance Company (as subrogee of Cynthia Thomas)

        Plaintiff,

v.

United States of America (U.S. Post Office) & Ryan T. Rowe

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 0 7 - 5 4 3

TO: (Name and Address of Defendant)

Ryan T. Rowe

108 Cedar Lane

Seaford, DE  19973

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO  
CLERK

BY DEPUTY CLERK

9/25/07  
DATE

2007 OCT 29 PM 4:59

CLERK U.S. DISTRICT COURT  
DISTRICT OF DELAWARE  
FILED

AO 440 (Rev.10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _October 22, 2007_ |
| NAME OF SERVER (PRINT) _Bryan Steilkie_ | TITLE _Process Server_ |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _Post office, Seaford, DE 19973._

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10-22-07__
           Date

_Signature of Server_

Address of Server
_15 East North Street_
_Dover DE 19901_

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

LAW OFFICES

# SHIELDS & HOPPE, LLP

P. O. BOX 23

223 N. MONROE STREET

MEDIA, PA 19063-0023

C. SCOTT SHIELDS
L. THEODORE HOPPE, JR.
AMANDA L.H. BRINTON *

*ADMITTED IN PA AND DE

(610) 892-7777
Fax (610) 892-7525
www.shieldsandhoppe.com

DELAWARE OFFICE

5700 KIRKWOOD HIGHWAY
SUITE 105 A
WILMINGTON, DE 19808
(302) 994-4049
FAX (302) 213-0103

October 26, 2007

United States District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801
ATTN: Dr. Peter T. Dalleo

Re:   *State Farm Mutual Automobile Insurance Company a/s/o Cynthia Thomas v. United States of America (U.S. Post Office) & Ryan T. Rowe 07-543*

Dear Dr. Dalleo:

Enclosed herewith please find an original and three (3) copies of **Return of Service** in relation to Defendants United States of America (U.S. Post Office) and Ryan T. Rowe, regarding the above captioned matter. Kindly clock in and retain all documents, retain the original for filing with the Court, and return the clocked in copies to my office in the enclosed, self-addressed stamped envelope.

Thank you for your cooperation in this matter. If you have any questions, please do not hesitate to contact me.

Yours very truly,

*Amanda L H Brinton*

AMANDA L. H. BRINTON

Enclosures