IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STATE FARM MUTUAL AUTOMOBILE     :
INSURANCE COMPANY (as subrogee of :
Cynthia Thomas)                  :
                                 :
          Plaintiff,             :
                                 :
                                 : Civil Action No. 07-543-jjf
     vs.                         :
                                 :
UNITED STATES OF AMERICA         :
                                 :
          Defendant.             :

### ORDER

At Wilmington, the 9 day of May 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss (D.I. 7) is **GRANTED**.

                                   _____
                                   UNITED STATES DISTRICT JUDGE